IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS A. ROBERTS | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| VS. | : | |
| | : | |
| RAYMOND SOBINA, et al | : | |
| Respondents | : | NO. 10-4334 |

## ORDER

MICHAEL M. BAYLSON, J.

AND NOW, this 25th day of May, 2011, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED; and

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.

ENTERED
MAY 25 2011
CLERK OF COURT